HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC MICHAEL MILTON,

               Petitioner,

    v.

UNITED STATES OF AMERICA,

               Respondent.

Case No. C05-5756 RBL

Case No. CR04-5265 RBL

ORDER

       THIS MATTER comes on before the above-entitled Court upon Petitioner's Notice of Appeal [C05-5756RBL, Dkt. #6].

       Having considered the entirety of the records and file herein, the Court rules as follows:

       Eric Michael Milton has filed a Notice of Appeal of this Court's Order [C05-5756RBL, Dkt. #3] which denied his motion under 28 U.S.C. § 2255.  In order for the appeal to proceed this Court must first determine whether to issue a Certificate of Appealability. 28 U.S.C. § 2253.  For the reasons stated in this Court's Order [C05-5756 RBL, Dkt. #3] the Court declines to issue a Certificate of Appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

       **IT IS SO ORDERED.**

ORDER
Page - 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2   pro se.

3     Dated this 31st day of January, 2006.

4

5                          _____
                           RONALD B. LEIGHTON
6                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2